1    K. ALEXANDRA McCLURE
     California SBN 189679
2    Law Office of Alexandra McClure
     214 Duboce Avenue
3    San Francisco, California 94103
     Telephone: (415) 814-3397
4    Facsimile: (415) 255-8631
     alex@alexmcclurelaw.com
5
6    Attorney for Defendant BENEGAS-MEDINA
7
8
9
10                 IN THE UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION
13
14   UNITED STATES OF AMERICA,        )   Case No. CR-20-480 WHA (LB)
                                      )
15                                    )
            Plaintiff,                )   ***UNOPPOSED* MOTION FOR**
16                                    )   **MODIFICATION OF DEFENDANT**
     vs.                             )   **MAYER BENEGAS-MEDINA'S**
17                                    )   **PRETRIAL RELEASE CONDITIONS;**
                                      )   **PROPOSED ORDER**
18                                    )
19   MAYER BENEGAS-MEDINA,            )   **Court:  Hon. Laurel Beeler**
                                      )   **United States Magistrate Judge**
20          Defendant.                )
     _____)
21
22          Defendant Mayer Benegas-Medina was ordered released on a $20,000 unsecured
23   bond on December 21, 2020.  The Court imposed a condition of electronic monitoring and
24   a curfew that required Mr. Benegas-Medina to remain at his residence from 6 pm until 6
25   am.  Mr. Benegas-Medina has abided by his conditions of release and is doing well.
26          By this motion, Mr. Benegas-Medina requests a minor modification of this schedule
27   so that he may leave the home at 5 am and have the option to return home by 8 pm each
28   day.  He makes this request so that he may do some volunteer work, and so that he will

1   have more flexibility assisting his house mate with household duties and responsibilities.

2       Counsel for Mr. Benegas-Medina has conferred with the assigned Pretrial Officer,

3   Nelson Barao, who reports that Mr. Benegas-Medina has been in compliance with his

4   release conditions since his release in December.  Mr. Barao has no objection to the

5   defendant's request.  Undersigned counsel has also conferred with the assigned Assistant

6   United States Attorney, Sailaja Paidapaty, who similarly has no objection to the

7   defendant's request.  Given the parties' agreement, Mr. Benegas- Medina does not request

8   a hearing on this motion.

9   Dated: February 10, 2021.                    Respectfully submitted,

10

11                                          /s/
                                    K. ALEXANDRA McCLURE
12                                  Attorney for Benegas-Medina

13

14

15                          **[PROPOSED] ORDER**

16       For the reasons stated in the defendant's motion, and with the agreement of the

17   parties, the curfew previously imposed by this Court is modified to allow the defendant,

18   Mayer Benegas-Medina to leave his residence between the hours of 5 am and 8 pm for the

19   purposes previously stated in court on December 21, 2020.  The defendant shall continue

20   to abide by all other release conditions as previously ordered by the Court.

21       **IT IS SO ORDERED.**

22

23   Dated: February __, 2021

24                                  LAUREL BEELER
                                    U.S. Magistrate Judge

25

26

27

28

*Unopposed* Motion with Proposed Order
For Modification of Pretrial Release conditions          2